PER CURIAM.
Affirmed. See State v. Matthews, 891 So.2d 479 (Fla.2004); Dowdy v. Singletary, 704 So.2d 1052 (Fla.1998); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Ward v. State, 946 So.2d 33 (Fla. 2d DCA 2006); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Nedd v. State, 855 So.2d 664 (Fla. 2d DCA 2003); Brinson v. State, 851 So.2d 815 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Rangel v. State, 937 So.2d 1218 (Fla. 3d DCA 2006); White v. State, 935 So.2d 554 (Fla. 3d DCA 2006); Johnson v. State, 917 So.2d 1011 (Fla. 4th DCA 2006); Quintana v. State, 913 So.2d 628 (Fla. 3d DCA 2005); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA 2002); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Martin v. State, 795 So.2d 143 (Fla. 3d DCA 2001).
CRENSHAW, BLACK, and SLEET, JJ., Concur.